# EXHIBIT A

Exhibit 45

**From:** BioLife <biolife@protonmail.com>
**To:** tommylisa888@yahoo.com <tommylisa888@yahoo.com>
**Cc:** Apex Endeavors Inc. <apexendeavors@pm.me>
**Sent:** Monday, January 11, 2021, 12:01:43 PM PST
**Subject:** Items for review for our call

Tommy,

I hope you and your family had a great Christmas and a happy New Years!

In preparation for our call today, I wanted to introduce you to a bit more of what our organization is involved in.  I figured it may be helpful to send over one of our slide decks and the link to our corporate homepage http://olisticagroup.com

Im looking forward to our call today and the opportunity to catch up.

Thanks
Payton



# About Olistica

*The leader in the natural products revolution*

## Our Mission

- To promote the use of plant-based therapeutics in modern medicine, and to provide access to these products worldwide.

- To apply industry-leading technologies and capabilities across the value-chain of plant-based medicines, feedstock alternatives, managed agriculture, health and nutrition.

- To produce engineered natural products through commercially scalable, sustainable processes.



2

# Global Market Leadership

Olistica Life Sciences Group has established international operations to support its objective:
To become a global leader in medicines derived from botanicals and natural products.

Our global presence spans four continents:

**North America**
- **Co-op farming**
- **Agricultural processing**
- **Botanical ingredient manufacturing**
- **Finished products formulation, manufacturing and packing**
- **Pharmaceutical & clinical R&D**
- **Sales, marketing, distribution**

**South America**
- **Co-op farming**
- **Agricultural processing**
- **Botanical ingredient manufacturing**

**Europe**
- **Finished products manufacturing and packing**
- **Sales, marketing , distribution**

**Asia**
- **Co-op farming**
- **Agricultural processing**
- **Botanical ingredient manufacturing**
- **Sales, marketing, distribution**

# Olistica Life Sciences – Summary of Capabilities

**Through its complementary business units, Olistica Life Sciences has assembled the critical components for succeeding in the competitive marketplace for plant-derived medicines.  For example:**

 Cannabis & botanical genetics banks, including hundreds of varieties, and a genetic library of highly stable, unique varieties

 Commercial-scale growing, cultivation, harvest, upstream and downstream processing, all standardized and readily scalable

 Harvesting, bulk botanical processing into standardized, extractable feedstock

 Growing site evaluation and stewardship, weed suppression, pest management, remediation

 Lab-to-pilot scale extraction line, fully tested, validated and cGMP-compliant

 Commercial protocols for feminized cannabis seed strains, cloning protocols, environmental stabilization, plant genetic markers

 Standardized processes for finished products and ingredients manufacturing

 Clinical IP related to standardized products

 Distribution channels

 Customized, aggregated, collaborative platform for actionable data accessible to all stakeholders

4



# Setting the Quality Standard



## Our Emphasis on Quality

Our quality standards, based on deep scientific expertise, regulatory excellence, and robust manufacturing processes, place Olistica among the world's leaders in botanical APIs.

Our products are used in health and nutritional products, and in R&D initiatives around the world.

Our manufacturing facilities adhere to global pharmacopoeia standards, including internationally recognized current Good Manufacturing Practices (cGMPs).

6

# Advancing science and regulation for plant-based therapies

## Our work with leading regulatory agencies

Olistica and its clinical research partner, Nutrasource, work with Health Canada, ANVISA-in Brazil, EMA and EMEA-in Europe and other global regulatory agencies to advance clinical trials and regulatory submissions for select products and indications. We have strategically designed our clinical programs to enable us to seek approvals for certain products in foods, natural health products, dietary supplements, botanical drugs, OTC and pharmaceutical markets.



7



**Every product we develop and sell undergoes extensive analysis for key quality attributes, which assures the suitability of these products for research, development, and manufacturing**

*data-controlled
+
data-driven*



IDENTITY COMPOSITION PURITY STRENGTH

8

# Data Equals Understanding

Robust data harvesting and management is key to Olistica's vision. Our data management platform centralizes relevant sales, marketing, product usage, physician and researcher feedback, and clinical data within one accessible platform.

A centralized, validated data repository provides transparency into our clinical programs. Additionally, the data support claims related to safety, efficacy, and intellectual property.



9

# Our data management platform

## A hub for clinical data from physicians, researchers, universities, and consumers



A self-validating model that will allow for more rapid clinical approval of finished goods, providing assurance to customers of product quality and efficacy

The ability to identify scientific and market trends, for exploring new clinical indication, and to engage in predictive market forecasting

For physicians, a resource for treating patients with plant-based therapeutics

For regulators, a high-quality repository for easy access to product data and approvals in different markets

A repository for data from various resources (physicians, researchers, universities, and other institutions)

10

Olistica Life Sciences, its business units and commercial partners maintain facilities designed and constructed according to international standards for sanitation, safety, and compliance. Our facilities conform to the following guidelines and standards:

**US FDA cGMP guidelines**



**EU cGMP guidelines**



**OSHA 29 CFR-1910 (occupational safety)**

**International Building Code, including NFPA 5000**

**International Fire Code**





11

# COMPANY STRUCTURE & OPERATING MODEL

**AGRICULTURE**

**MANUFACTURING**

**BIOTECHNOLOGY**



Companion Ag



Jordan Process



Cascade Naturals



Cannopy Corp.



NP BioPharma

Companion Ag is a modern co-op that manages select commercial agricultural crops through an innovative, biotech-oriented, networked model.

Jordan Process is a manufacturer of bio-material feedstocks, botanical ingredients and cannabinoid APIs that meet nutraceutical and pharmaceutical compliance requirements for APIs.

Cascade Naturals is a formulator and manufacturer of dietary supplements, natural health products, cosmeceuticals and other naturally derived consumer goods.

Cannopy Corporation is a technology and aggregation hub focusing on utilizing hemp as a biomaterial feedstock for industrial applications.

NP Biopharma is a pioneering biopharmaceutical firm that specializes in natural product-based therapies. Investigating natural products from around the world, we are working to benchmark the reintegration of natural medicines into conventional therapeutics.

*Olistica Life Sciences Group leads scientific discovery, R&D, nutraceutical and pharmaceutical IP development, and clinical research with an emphasis on natural therapeutics.*

12

# COMPANION AG

Our cooperative agricultural platform, Companion AG, serves as an agri-technology hub for centralizing genetics, farming practices, equipment, processes, agronomic IP, management of farming and commercial crop production, guaranteed access to commoditizing or processing the crops and access to end-use markets. We focus on medicinal plants, botanicals, and biomaterial feedstock alternatives or sustainable materials feedstocks. Our programs range in size from one-acre farms to those with more than 10,000 acres in agricultural production. The platform gives all participants an equal opportunity to benefit from Companion Ag resources, including:

› Concierge farming services
› Individual consultation evaluations
› Land area and soil analysis
› Assessment and design of water and irrigation systems
› Management and oversight to ensure the success of each partner farm
› Refined financial analysis based on years of experience

› Seed or clone selection from a robust genetic bank
› Equipment and training programs
› Good Agricultural Practices
› Seeding, plant reproduction, cultivation, harvesting and handling practices
› Access to plant experts of diverse backgrounds with global experience
› Security protocols and design

› Grading and quality assessment of crops
› Guaranteed processing / commoditization of crops and access to end-use markets
› Transportation and logistics
› Transformation from agricultural goods to tradable commodities
› Guaranteed purchase of goods and delivery to end markets

# JORDAN PROCESS

Jordan Process is a full-service processor and manufacturer of novel materials and botanical APIs specializing in cannabis and medicinal botanical processing. We offer a broad array of manufacturing solutions in numerous facilities to fit our client's needs. Jordan Process works with global suppliers and agricultural partners to commoditize and enrich the derivatives of natural products. At Jordan Process we pride ourselves on the design of our fully cGMP, hands-off, facilities. From the time materials are delivered from agricultural sites to the point at which they leave as either a novel material or a finished API, they are never touched by a human – all of our processes are entirely automated and meet all FDA requirements for API. manufacturing.

# PRINCIPAL PROCESSES

## Materials Classification

Our facilities are designed to maximize the potential uses of agricultural crops and their component parts, employing novel separation processes that yield commodity streams ready for manufacturing of finished goods or further refinement.  Our capability to classify and separate multi-component agricultural feedstock provides distinct and refined products for many industries' use, allowing the commoditization of all available derivatives.
Capacities exceed 120 metric tons daily

## Extraction & Refinement

The extraction of the targeted compounds from prepared botanical feedstocks is the core  of the process for production of botanical active ingredients.  Our extraction and refinement facilities are designed to process different botanicals with a wide range of characteristics, both in the starting material and in the desired end products.
Capacities exceed 30 metric tons daily

## API Isolation

Purification trains for isolating alkaloids, cannabinoids and a host of other bioactive compounds for the production of botanical APIs are the principal features of our capabilities and expertise.  Our depth of experience in method and process development provides for commercially scalable solutions that optimize the efficiency and quality for purification of botanical drug substances.
Capacities exceed 2 metric tons daily

14

# Cascade Naturals

Cascade Naturals is a top-tier designer, formulator and manufacturer of nutraceuticals, cosmeceuticals and natural health products. We pride ourselves on producing the highest quality products on the market by offering unique differentiation through proven efficacy and clinical viability. We offer various product lines designed to fit specific market niches:

- Our physician-oriented products are accompanied with guided training programs to help practitioners effectively incorporate natural therapies into their conventional treatment plans. In addition, these physician-oriented products are supported by an integrated data platform that tracks efficacy and patient response, a value-add that is beneficial for physicians and patients alike;
- Big-box retailer products and private labeling;
- Products suitable for internet marketing products; and
- MLM product lines.

Our data-driven and quality-minded approach and our stringent quality control processes ensure that only the best and most consistent products reach our distribution channels. Our three domestic manufacturing facilities boast full cGMP accreditations. Our areas of manufacturing expertise include:



**1**

**Solid Dose Manufacturing**

3,000,000 capsules daily

2,000,000 tablets daily

500,000 soft gels daily

250,000 gummies daily

**2**

**Liquid Manufacturing**

6000 gallons daily

275,000 shot bottles daily

100,000 1 oz. tincture bottles daily

40,000 8-12 oz. bottles daily

**3**

**Powderized formulations**

**Effervescents**

**Sublinguals**

**Topicals**

**Transdermals**

# Cannopy Biomaterials

Pioneer in Biomaterial feedstock alternatives

**Canopy Corporation is a company that specializes in biomaterial feedstock alternatives and industrial supplements that offer renewable or recyclable features. We have built a basis of technology and IP in sectors such as paper products, fibers, bio-plastics, bio-fuels, construction and foods. The core objective of our business is the development of scalable technologies that can be applied to industries that lack sustainability and have a finite supply of commodity feedstocks. To meet this goal:**



We have developed a network of top commodity producers and manufacturers from around the globe from varying industries whose conventional infrastructure can be adapted to modern and novel materials and uses.



We build global networks of farms/farmers/co-ops/producers and establish manufacturing partnerships with commodity processors and producers.



We target specific plants and crops that offer low-environmental impact that could provide supplemental alternatives to non-renewables.



We license technology to manufacturers and provide them with industrial quantities of sustainable raw materials from our farming networks to produce a new generation of commodity goods.

# NP BioPharma

**NP BioPharma is a leader in private-sector clinical research supporting the safety and efficacy of a range of therapeutic botanical products, including cannabis, mitragyna speciosa, kava, echinacea and countless others.**

Drawing upon molecular genetics, epitranscriptomics, molecular biology, modern pharmacology, and natural products chemistry, our experts have advanced the understanding of a plant's genetic factors and derivatives, and the design of scalable isolation methologies to support the safe and appropriate uses of plant-based therapeutics.

Our ultimate objective is to assist in reintegrating natural therapeutics into conventional medicine.

Our collaborations with Nutrasource Diagnostics and Pinney Associates are advancing the foundational regulatory science behind plant-based therapeutics.

6 phase one clinical studies ongoing in Canada, Latin America and the EU built to fit a global regulatory model. All based on natural product derivatives.

Our investments in toxicology, pharmacokinetics, pharmacodynamics, and clinical development across a range of product types and formulations inform global regulators as they structure regulations appropriate for botanical APIs, and as those regulations evolve.

# COMMUNITY OUTREACH & SUSTAINABILITY



**ACCESS PROGRAMS**

We provide finished products to local markets at significant discounts to support local population health and wellness.

**PHILANTHROPY**

We allocate a portion of our profits to locally managed not-for-profit organizations in support of access to quality healthcare.

**PHYSICIAN OUTREACH**

We support outreach to educate physicians about plant-based medicine.

**EDUCATION**

Our company provides education and training at local schools in the communities in which we work.

*We are committed to, and mindful of, the*
*United Nations Sustainable Development Goals*




