# EXHIBIT B

# Amendment and Mail Process Complete

# O.P.M.S. KRATOM

## Martian Sales, Inc.

USPTO.report (https://uspto.report/TM/)   /   Martian Sales, Inc. (/company/Martian-Sales-Inc)   /   O.P.M.S. KRATOM Application #86110874 (/TM/86110874/)   /   Amendment and Mail Process Complete (/TM/86110874/AMC20140305014757/)

## Amendment and Mail Process Complete

| Trademark Snap Shot Amendment & Mail Processing Stylesheet | | | |
|---|---|---|---|
| (Table presents the data on Amendment & Mail Processing Complete) | | | |
| **OVERVIEW** | | | |
| SERIAL NUMBER | 86110874 | FILING DATE | 11/05/2013 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | GOODMAN, WENDY BETH | L.O. ASSIGNED | 109 |
| **PUB INFORMATION** | | | |
| RUN DATE | 03/05/2014 | | |
| PUB DATE | N/A | | |
| STATUS | 680-APPROVED FOR PUBLICATION | | |
| STATUS DATE | 03/04/2014 | | |
| LITERAL MARK ELEMENT | O.P.M.S. KRATOM | | |
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |
| **FILING BASIS** | | | |
| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

| **MARK DATA** | |
|---|---|
| STANDARD CHARACTER MARK | YES |

Tempur-Pedic: Sleep Unique
Mancini's Sleepworld Berkeley

| CURRENT OWNER INFORMATION | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Martian Sales, Inc. |
| ADDRESS | 1880 West Oak Parkway, Ste. 214<br>Marietta, GA 30062 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Wyoming |

| GOODS AND SERVICES | |
|---|---|
| INTERNATIONAL CLASS | 005 |
| DESCRIPTION TEXT | Dietary and nutritional supplements |

| GOODS AND SERVICES CLASSIFICATION | | | | | | |
|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 005 | FIRST USE DATE | 01/01/2012 | FIRST USE IN COMMERCE DATE | 01/01/2012 | CLASS STATUS | 6-ACTIVE |

| MISCELLANEOUS INFORMATION/STATEMENTS | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| DISCLAIMER W/PREDETER TXT | "KRATOM" |

| PROSECUTION HISTORY | | | | |
|---|---|---|---|---|
| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
| 03/04/2014 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 008 |
| 03/04/2014 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 007 |
| 03/04/2014 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 006 |
| 03/04/2014 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 005 |
| 03/04/2014 | CNEA | R | EXAMINERS AMENDMENT - WRITTEN | 004 |
| 02/20/2014 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/15/2013 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 11/08/2013 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

| CURRENT CORRESPONDENCE INFORMATION | |
|---|---|
| ATTORNEY | Andrew B. Koplan |
| CORRESPONDENCE ADDRESS | ANDREW B. KOPLAN<br>ANDREW B. KOPLAN, P.C.<br>5855 SANDY SPRINGS CIR STE 150<br>ATLANTA, GA 30328-6276 |
| DOMESTIC REPRESENTATIVE | NONE |