# EXHIBIT C

| | |
|---|---|
| **Previous Plate State:** | GA |
| **Name:** | PEYTON SHEA PALAIO |
| **Approximate Date of Birth:** | 09/XX/1986 |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 3955 RYANS LAKE TER<br>CUMMING, GA 30040-4919 |
| **County:** | FORSYTH |
| **Title Transfer Date:** | 06/04/2013 |
| **Name:** | PEYTON SHEA PALAIO |
| **Interest:** | OWNER |
| **Mailing Address:** | 3955 RYANS LAKE TER<br>CUMMING, GA 30040-4919 |
| **County:** | FORSYTH |
| **Title Transfer Date:** | 06/04/2013 |
| **Name:** | PEYTON SHEA PALAIO |
| **Approximate Date of Birth:** | 09/XX/1986 |
| **Interest:** | OWNER |
| **Mailing Address:** | 3955 RYANS LAKE TER<br>CUMMING, GA 30040-4919 |
| **County:** | FORSYTH |

**Historical DMV Record 8**

| | |
|---|---|
| **Registration Renewal Date:** | 07/18/2012 |
| **Expiration Date:** | 10/03/2012 |
| **License Plate Number:** | PFC4374 |
| **Issuing State:** | GA |
| **Previous Plate Number:** | DP9QH8 |
| **Previous Plate State:** | GA |
| **Name:** | MARK DANIEL REILLY |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 3760 CHATTAHOOCHEE SUMMIT DR SE<br>ATLANTA, GA 30339-3245 |
| **County:** | COBB |
| **Title Transfer Date:** | 07/18/2012 |
| **Name:** | MARK DANIEL REILLY |
| **Interest:** | OWNER |
| **Mailing Address:** | 3760 CHATTAHOOCHEE SUMMIT DR SE<br>ATLANTA, GA 30339-3245 |
| **County:** | COBB |

WESTLAW Thomson Reuters. No claim to original U.S. Government Works.   60
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

PeopleMap Report (Premier)                                    11/16/2023 18:47:56
MARK DANIEL REILLY                                            Client ID:001

**Historical DMV Record 9**

| | |
|---|---|
| **Registration Renewal Date:** | 05/10/2011 |
| **Expiration Date:** | 06/02/2012 |
| **License Plate Number:** | DP9QH8 |
| **Issuing State:** | GA |
| **Previous Plate Number:** | DP9QH8 |
| **Previous Plate State:** | GA |
| **Name:** | SAMUEL R. PALAIO |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 3955 RYANS LAKE TER<br>CUMMING, GA 30040-4919 |
| **County:** | FORSYTH |