# EXHIBIT F

Nine2Five LLC

4225 Oceanside Blvd. Suite H-248
Oceanside, CA 92056
elly@edensethnos.com

# INVOICE

**BILL TO**
Innovo Activas
1880 west oak parkway
ste.214
Marietta, Georgia 30062
United States

**INVOICE #** 10452
**DATE** 07/23/2018
**DUE DATE** 07/23/2018

**SALES REP**
Chuck Adam

**SF INVOICE NUM**
00019825

| SERVICE | QTY | RATE | AMOUNT |
|---|---|---|---|
| FedEx Ground | 1 | 8,000.00 | 8,000.00 |
| Powder Kilo – Green Maeng Da | 20,000 | 20.00 | 400,000.00 |

| | | |
|---|---|---|
| PAYMENT | | 204,000.00 |
| BALANCE DUE | | **$204,000.00** |

EXHIBIT 1