# **EXHIBIT G**



HOME   PRODUCTS   AUTHENTICITY   FAQ   DISCLAIMER   CONTACT

## OPMS Suggested Retail Pricing

**Due to COVID-19** many stores are closed. While we recommend that you call stores around you, smoke shops, gas stations, convenience stores, and liquor stores, if there is a need for online purchase we can recommend www.fastincense.com. Any store that reaches out to us, we will get them in touch with a distributor so they can offer these products to our customers.

## OPMS Gold Capsules

| | |
|---|---|
| 2 ct | $17.99 |
| 3 ct | $26.49 |
| 5 ct | $43.49 |

## OPMS Liquid

| | |
|---|---|
| Per Bottle | $17.99 |

## OPMS Silver Capsules

| | |
|---|---|
| 16 ct 9.6g Green Vein Maeng Da Bag | $6.49 |
| 30 ct 18g Green Vein Maeng Da Bag | $8.99 |
| 60 ct 36g Green Vein Maeng Da Bag | $12.49 |
| 120ct 72g Green Vein Maeng Da Bag | $23.99 |
| 240ct 144g Green Vein Maeng Da Bag | $41.99 |